1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY FUENTES, | ) CASE NO. CV08-3101 ODW (SHx) |
| | ) Assigned for All Purposes to: |
| Plaintiff, | ) Hon. Otis D. Wright II |
| | ) |
| v. | ) **ORDER RE STIPULATED** |
| | ) **PROTECTIVE ORDER** |
| CITY OF MAYWOOD, MAYWOOD-CUDAHY POLICE DEPARTMENT, BRUCE LEFLAR, PAUL PINE, OFFICER URBINA and DOES 1-30, | ) ) ) ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) *(For Determination By Magistrate Judge* |
| | ) *Stephen J. Hillman)* |
| _____ | ) |

///

1
ORDER RE STIPULATED PROTECTIVE ORDER

## **ORDER ON STIPULATION FOR PROTECTIVE ORDER**

After full consideration, the requested protective order is hereby issued, with all parties bound by the Agreement to be Bound by Confidentiality Stipulation, attached as Exhibit A to the Stipulation and Protective Order.

DATED: November 12, 2009

/ S /

_____
*Hon. Stephen J. Hillman*
*Magistrate Judge of the United States District Court*