# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY FUENTES,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF MAYWOOD, MAYWOOD-CUDAHY POLICE DEPARTMENT, BRUCE LEFLAR, PAUL PINE, OFFICER URBINA and DOES 1-30,<br><br>    Defendants.<br>_____ | CASE NO. CV08-3101 ODW (SHx)<br>Assigned for All Purposes to:<br>Hon. Otis D. Wright II<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE [FRCP 41(a)(1)(ii)]**<br><br>**[Stipulation to Dismiss with Prejudice filed Concurrently Herewith]** |

IT IS HEREBY ORDERED that:

    Pursuant to the Stipulation re Dismissal by and between defendants CITY OF MAYWOOD, MAYWOOD-CUDAHY POLICE DEPARTMENT, BRUCE LEFLAR, PAUL PINE, and OFFICER URBINA, and plaintiff HENRY FUENTES, all causes of action asserted by plaintiff HENRY FUENTES against defendants CITY

BOHM, MATSEN, KEGEL & AGUILERA, LLP
695 Town Center Drive, Suite 700
Costa Mesa, CA 92626
(714) 384-6500
(714) 384-6501 (FAX)

1
ORDER RE STIPULATION TO DISMISS WITH PREJUDICE

1  OF MAYWOOD, MAYWOOD-CUDAHY POLICE DEPARTMENT, BRUCE
2  LEFLAR, PAUL PINE, and OFFICER URBINA are dismissed with prejudice.
3      Furthermore, defendants CITY OF MAYWOOD, MAYWOOD-CUDAHY
4  POLICE DEPARTMENT, BRUCE LEFLAR, PAUL PINE, and OFFICER URBINA
5  and plaintiff HENRY FUENTES, mutually waive all costs, court fees, and attorneys'
6  fees arising out of this litigation involving these parties.

8      IT IS SO ORDERED.

11  DATED: January 22, 2010       _____
12                                UNITED STATES DISTRICT JUDGE

BOHM, MATSEN, KEGEL &
AGUILERA, LLP
695 Town Center Drive, Suite 700
Costa Mesa, CA 92626
(714) 384-6500
(714) 384-6501 (FAX)

2
ORDER RE STIPULATION TO DISMISS WITH PREJUDICE